**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Demetrius SEARS, a.k.a. Marcus A. Jackson, a.k.a. Michael P. Rogers, a.k.a. Adonis Ramos, Defendant–Appellant.**

**Nos. 05–10922, 05–10923
Non–Argument Calendar.
D.C. Docket Nos. 03–60170–CR–WPD
& 03–60194–CR–WPD.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 29, 2005.

Joel D. Robrish, Offices of Joel Robrish, PA, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney'S Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Joel D. Robrish, counsel for Demetrius Sears in these direct criminal appeals, has

moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sears's convictions and sentences are **AFFIRMED.**